

SO ORDERED,

**Judge Katharine Samson**
United States Bankruptcy Judge
Date Signed: April 15, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| WILLIAM EDWARD BOWMAN | CASE NO. 24-50597 KMS |
| CARISSA SUSAN BOWMAN | |
| DEBTORS. | CHAPTER 13 |

### ORDER RESETTING HEARING

This matter came on this date on the Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing, LLC (the "Motion") (Dkt. #71) and the Court having considered the facts herein, finds that the hearing on April 17, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for May 22, 2025, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841