United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-50597-KMS
William Edward Bowman  Chapter 13
Carissa Susan Bowman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Apr 15, 2025      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Edward Bowman, Carissa Susan Bowman, 47 Ed Boyd Rd, Jayess, MS 39641-7211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Beckett | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC abeckett@rlselaw.com, AB-ECF-Notifications@rubinlublin.com;lcaplan@rubinlublin.com;nbrown@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;akhosla@rlselaw.com |
| Charles F. F. Barbour | on behalf of Creditor Specialized Loan Servicing LLC cbarbour@blswlaw.com |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Elizabeth Crowell Price | on behalf of Creditor Teachers Federal Credit Union c/o Shellpoint Mortgage Servicing Eprice@hwmlawfirm.com ecfmail@hwmlawfirm.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

John S. Simpson
    on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net  rboone@simpsonlawfirm.net

Natalie Kareda Brown
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Samuel J. Duncan
    on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
    on behalf of Debtor William Edward Bowman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Carissa Susan Bowman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11



SO ORDERED,

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: April 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WILLIAM EDWARD BOWMAN                    CASE NO. 24-50597 KMS
CARISSA SUSAN BOWMAN

DEBTORS.                                                    CHAPTER 13

### ORDER RESETTING HEARING

This matter came on this date on the Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing, LLC (the "Motion") (Dkt. #71) and the Court having considered the facts herein, finds that the hearing on April 17, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for May 22, 2025, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841