# Proceeding Minutes / Proceeding Memo

**Case #:** 24-50597  **Case Name:** William Edward Bowman and Carissa Susan Bowman

**Set:** 07/17/2025 10:30 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter**  Motion for Relief from Stay as to 47 Ed Boyd Rd, Jayess, MS 39641. 47 Ed Boyd Rd, Jayess, MS 39641., Motion to Compel Abandonment 47 Ed Boyd Rd, Jayess, MS 39641. Filed by Creditor LAKEVIEW LOAN SERVICING, LLC (Attachments: # 1 Exhibit # 2 Exhibit # 3 Proposed Order)  (Dkt. #71)

Response filed by the Debtors (Dkt. #83)

---

Minute Entry Re: (related document(s): [71] Motion for Relief From Stay filed by LAKEVIEW LOAN SERVICING, LLC) Brown to submit an Agreed Order due by 07/31/2025. Called in by Brown's office. (mcc)