# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    WILLIAM EDWARD BOWMAN               CASE NO. 24-50597-KMS
    CARISSA SUSAN BOWMAN,

        DEBTORS.                                                     CHAPTER 13

| To: | MEB Loan Trust VIII | Teachers Federal Credit Union |
|---|---|---|
| | c/o NewRez LLC d/b/a Shellpoint | c/o Newrez LLC dba Shellpoint Mortgage |
| | Mortgage Servicing | 6200 S. Quebec Street, Suite 300 |
| | P.O. Box 10826 | Greenwood Village, CO 80111 |
| | Greenville, SC 29603-0826 | |

## Notice

On October 7, 2025, you filed a *Transfer of Claim Other Than for Security* (the "Transfer of Claim") [Dkt. #107] regarding Claim 16-2 on behalf of *MEB Loan Trust VIII c/o NewRez LLC dba Shellpoint Mortgage Servicing* (Transferee), in the above-referenced bankruptcy case. Please be advised that the current claim owner for Claim 16-2 is *Teachers Federal Credit Union*.

Therefore, the Transfer of Claim [Dkt. #107] is deficient as it lists *Specialized Loan Servicing* as the Transferor. To cure this deficiency, you should file an amended transfer of claim correcting the name of the Transferor or file a Notice withdrawing the Transfer of Claim [Dkt. #107].

Failure to cure this deficiency on or before **October 23, 2025**, may result in a Show Cause Hearing or a court order striking the Transfer of Claim without further notice.

Dated: October 9, 2025                         Danny L. Miller, Clerk of Court
                                                             Dan M. Russell, Jr. U. S. Courthouse
                                                               2012 15th Street, Suite 244
                                                               Gulfport, MS 39501
                                                               228-563-1790