United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-50597-KMS |
| William Edward Bowman | Chapter 13 |
| Carissa Susan Bowman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Oct 09, 2025 | Form ID: pdf012 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Edward Bowman, 47 Ed Boyd Rd, Jayess, MS 39641-7211 |
| cr | + | MEB Loan Trust VIII C/o NewRez LLC d/b/a Shellpoin, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | ^ MEBN | Oct 09 2025 19:20:20 | MEB Loan Trust VIII, c/o NewRez LLC, dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| cr | ^ MEBN | Oct 09 2025 19:20:16 | Teachers Federal Credit Union, c/o Newrez LLC dba Shellpoint Mortgage, 6200 S. Quebec Street, Suite 300, Greenwood Villiage, CO 80111-4720 |
| 5447197 | ^ MEBN | Oct 09 2025 19:20:17 | Teachers Federal Credit Union, c/o Newrez LLC dba Shellpoint Mortgage, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2025      Signature:      /s/Gustava Winters

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdf012 | Total Noticed: 5 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Beckett | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC abeckett@rlselaw.com, AB-ECF-Notifications@rubinlublin.com;lcaplan@rubinlublin.com;nbrown@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;akhosla@rlselaw.com |
| Charles F. F. Barbour | on behalf of Creditor Specialized Loan Servicing LLC cbarbour@blswlaw.com |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Elizabeth Crowell Price | on behalf of Creditor Teachers Federal Credit Union c/o Shellpoint Mortgage Servicing Eprice@hwmlawfirm.com ecfmail@hwmlawfirm.com |
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Natalie Kareda Brown | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor William Edward Bowman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Carissa Susan Bowman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    WILLIAM EDWARD BOWMAN                      CASE NO. 24-50597-KMS
    CARISSA SUSAN BOWMAN,

        DEBTORS.                                               CHAPTER 13

| To: | MEB Loan Trust VIII | Teachers Federal Credit Union |
|---|---|---|
| | c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing | c/o Newrez LLC dba Shellpoint Mortgage |
| | P.O. Box 10826 | 6200 S. Quebec Street, Suite 300 |
| | Greenville, SC 29603-0826 | Greenwood Village, CO 80111 |

## Notice

On October 7, 2025, you filed a *Transfer of Claim Other Than for Security* (the "Transfer of Claim") [Dkt. #107] regarding Claim 16-2 on behalf of *MEB Loan Trust VIII c/o NewRez LLC dba Shellpoint Mortgage Servicing* (Transferee), in the above-referenced bankruptcy case. Please be advised that the current claim owner for Claim 16-2 is *Teachers Federal Credit Union*.

Therefore, the Transfer of Claim [Dkt. #107] is deficient as it lists *Specialized Loan Servicing* as the Transferor. To cure this deficiency, you should file an amended transfer of claim correcting the name of the Transferor or file a Notice withdrawing the Transfer of Claim [Dkt. #107].

Failure to cure this deficiency on or before **October 23, 2025**, may result in a Show Cause Hearing or a court order striking the Transfer of Claim without further notice.

Dated: October 9, 2025                      Danny L. Miller, Clerk of Court
                                                           Dan M. Russell, Jr. U. S. Courthouse
                                                           2012 15th Street, Suite 244
                                                           Gulfport, MS 39501
                                                           228-563-1790