## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **William Edward Bowman**                    **Case No. 24-50597-KMS**
        **Carissa Susan Bowman, Debtors**                    **CHAPTER 13**

### NOTICE

Debtors have filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments:

Date: December 18, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                       Thomas C. Rollins, Jr. (MSBN 103469)
                                       Jennifer A Curry Calvillo (MSBN 104367)
                                       The Rollins Law Firm, PLLC
                                       P.O. Box 13767
                                       Jackson, MS 39236
                                       trollins@therollinsfirm.com
                                       601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**    **William Edward Bowman**                    **Case No. 24-50597-KMS**
              **Carissa Susan Bowman, Debtors**                    **CHAPTER 13**

## MOTION TO SUSPEND PLAN PAYMENTS

COME NOW, Debtors, by and through counsel, and move this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors are requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of January and February 2026.

3. Debtor's pay classification has changed from hourly to salaried, which has resulted in a reduction in pay. Debtors need time to make the necessary budget adjustments and time to have their case reviewed for reduction in the monthly plan payment.

4. Debtors wish to resume making payments beginning in March 2026.

5. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WILLIAM EDWARD BOWMAN
CARISSA SUSAN BOWMAN

CASE NO: 24-50597-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 12/18/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/18/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WILLIAM EDWARD BOWMAN
CARISSA SUSAN BOWMAN

CASE NO: 24-50597-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 12/18/2025, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/18/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-50597-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
THU DEC 18 8-41-41 PST 2025

AMERICREDIT FINANCIAL SERVICES  INC DBA GM
PO BOX 183853
ARLINGTON  TX 76096-3853

~~EXCLUDE~~
~~(U)FERGUSON FEDERAL CREDIT UNION~~

~~EXCLUDE~~
~~(U)LAKEVIEW LOAN SERVICING  LLC~~

MEB LOAN TRUST VIII CO NEWREZ LLC DBA SHE
14841 DALLAS PARKWAY  SUITE 350
DALLAS  TX 75254-7685

NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICI
JANET M SPEARS
ALDRIDGE PITE  LLP
3333 CAMINO DEL RIO SOUTH  SUITE 225
SAN DIEGO  CA 92108-3808

~~EXCLUDE~~
~~(U)SPECIALIZED LOAN SERVICING LLC~~

TEACHERS FEDERAL CREDIT UNION
14841 DALLAS PARKWAY  SUITE 350
DALLAS  TX 75254-7685

TEACHERS FEDERAL CREDIT UNION
CO NEWREZ LLC DBA SHELLPOINT MORTGAGE
6200 S QUEBEC STREET  SUITE 300
GREENWOOD VILLIAGE  CO 80111-4720

~~EXCLUDE~~
~~(U)TEACHERS FEDERAL CREDIT UNION CO SHELLPOINT~~

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501-2036~~

AAA AMBULANCE
207 S 28TH AVE
HATTIESBURG  MS 39401-7155

ARC MANAGEMENT GROUP
1940 LODGE RD NW
STE 200
KENNESAW  GA 30144-7577

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO  CA 94108-2716

~~EXCLUDE~~
~~(D)AMERICREDIT FINANCIAL SERVICES  INC DBA GM~~
~~P O BOX 183853~~
~~ARLINGTON  TX 76096-3853~~

ARMSTRONG  ASSOCIATES
208 ADAMS ST
MOBILE  AL 36603-6598

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

~~EXCLUDE~~
~~(D)CAPITAL ONE~~
~~ATTN BANKRUPTCY~~
~~PO BOX 30285~~
~~SALT LAKE CITY  UT 84130-0285~~

CAPITAL ONE  NA
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CASHNET USA
175 W JACKSON BLVD SUITE 600
CHICAGO  IL 60604-2948

CELTIC BANK CO
PO BOX 4488
BEAVERTON  OR 97076-4402

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO 15298
WILMINGTON  DE 19850-5298

CHILDRENS HOSPITAL
200 HENRY CLAY AVE
NEW ORLEANS  LA 70118-5798

CITIBANK
PO BOX 790040
ST LOUIS  MO 63179-0040

CITIBANK NA
CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027

COMENITY BANKTORRID
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

COMENITY BANKZALES
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

COMENITY BKULTA
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS  OH 43218-2125

CREDIT ONE BANK
ATTN BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS  NV 89113-2273

ELIZABETH CROWELL PRICE  ESQ
FOR TEACHERS FEDERAL CREDIT UNION
DEAN MORRIS LLC
1820 AVENUE OF AMERICAN
MONROE  LA 71201-4530

FERGUSON FEDERAL CREDIT UNION
1026 E BROAD ST
MONTICELLO  MS 39654-7702

FIRST HERITAGE CREDIT
1024 HIGHWAY 51  98
MC COMB  MS 39648

FIRST HERITAGE OF MISSISSIPPI  LLC CO HEIGH
PO BOX 1947
GREENVILLE  SC 29602-1947

FORREST GENERAL
PO BOX 16389
HATTIESBURG  MS 39404-6389

FORREST HEALTH
PO BOX 3488
DEPT 05112
TUPELO  MS 38803-3488

FROSTARNETT CO
PO BOX 1280
OAKS  PA 19456-1280

GM FINANCIAL
ATTN BANKRUPTCY
PO BOX 183853
ARLINGTON  TX 76096-3853

HATTIESBURG CLINIC
415 SOUTH 28TH AVE
HATTIESBURG  MS 39401-7283

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

JOHN S SIMPSON  ESQ
SIMPSON LAW FIRM PA
ATTORNEY FOR FERGUSON FEDERAL CREDIT UNI
PO BOX 2058
MADISON  MS 39130-2058

KEYSTON MEDICAL SERVIC
PO BOX 281030
ATLANTA  GA 30384-1030

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LAKEVIEW LOAN SERVICING  LLC
CO LOANCARE  LLC
3637 SENTARA WAY
VIRGINIA BEACH  VA 23452-4262

LOANCARE LLC
3637 SENTARA WAY
VIRGINIA BEACH  VA 23452-4262

MARION GENERAL
PO BOX 1728
JACKSON  MS 39215-1728

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
POST OFFICE BOX 22808
JACKSON  MS 39225-2808

NATALIE BROWN  ESQ
RUBIN LUBLIN  LLC
FOR LAKEVIEW LOAN SERVICING  LLC
3145 AVALON RIDGE PLACE  SUITE 100
PEACHTREE CORNERS  GA 30071-1570

NAVY FCU
ATTN  BANKRUPTCY
PO BOX 3000
MERRIFIELD  VA 22119-3000

~~EXCLUDE~~
~~(D)NAVY FCU~~
~~ATTN BANKRUPTCY~~
~~PO BOX 3000~~
~~MERRIFIELD  VA 22119-3000~~

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

NEWREZ LLC DBA SHELLPOINT MORTGAGE
SERVICING
PO BOX 10826
GREENVILLE  SOUTH CAROLINA 29603-0826

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
PO BOX 788
KIRKLAND  WA  98083-0788

```
QUANTUM3 GROUP LLC AS AGENT FOR        QUANTUM3 GROUP LLC AS AGENT FOR        (P)SEZZLE INC
COMENITY CAPITAL BANK                  MOMA TRUST LLC                         BANKRUPTCY DEPARTMENT
PO BOX 788                             PO BOX 788                            700 NICOLLET MALL
KIRKLAND  WA  98083-0788               KIRKLAND  WA  98083-0788              STE 640
                                                                             MINNEAPOLIS MN 55402-2050


SPECIALIZED LOAN SERVI                 SPEEDY CASH                           SPEEDYRAPID CASH
PO BOX 636005                          3611 N RIDGE RD                       15 BULL STREET SUITE 200
LITTLETON  CO 80163-6005               WICHITA  KS 67205-1214                SAVANNAH  GA 31401-2686


SPOTLOAN                               STATCARE                              SYNCHRONY
PO BOX 927                             1017 DELAWARE AVE                     ATTN BANKRUPTCY
PALATINE  IL 60078-0927                MCCOMB  MS 39648-3827                 PO BOX 955060
                                                                             ORLANDO  FL 32896-5060


SYNCHRONY BANK                         TEACHERS FEDERAL CREDIT UNION         TEACHERS FEDERAL CREDIT UNION
BY AIS INFOSOURCE LP AS AGENT          NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVI  CO NEWREZ LLC DBA SHELLPOINT MORTGAGE
4515 N SANTA FE AVE                    FKA SPECIALIZED LOAN SERVICING LLC    6200 S QUEBEC STREET  SUITE 300
OKLAHOMA CITY  OK 73118-7901           6200 S QUEBEC STREET  SUITE 300       GREENWOOD VILLAGE  COLORADO 80111-4720
                                       GREENWOOD VILLAGE  COLORADO 80111-4720


TEACHERS FEDERAL CREDIT UNION          TOYOTA FINANCIAL                      TOYOTA MOTOR CREDIT CORPORATION
CO SHELLPOINT MORTGAGE SERVICING       ATTN BANKRUPTCY                       PO BOX 9013
PO BOX 10826                           PO BOX 259001                         ADDISON  TEXAS 75001-9013
GREENVILLE  SC 29603-0826              PLANO  TX 75025-9001
```

EXCLUDE

```
USAA                                   UNITED STATES TRUSTEE                 UPROVA CREDIT
ATTN BANKRUPTCY                        501 EAST COURT STREET                 635 HWY 20 V
9800 FREDRICKSBURG RD                  SUITE C-430                           UPPER LAKE  CA 95485
SAN ANTONIO  TX 78288-0002             JACKSON  MS 39201-5022
```

EXCLUDE                                                                       EXCLUDE

```
CARISSA SUSAN BOWMAN                   (P)DAVID RAWLINGS                     THOMAS CARL ROLLINS JR
47 ED BOYD RD                          ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE  THE ROLLINS LAW FIRM  PLLC
JAYESS  MS 39641-7211                  PO BOX 566                            PO BOX 13767
                                       HATTIESBURG MS 39403-0566             JACKSON  MS 39236-3767


DEBTOR

WILLIAM EDWARD BOWMAN
47 ED BOYD RD
JAYESS  MS 39641-7211
```