_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 19, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 PROCEEDING |
| WILLIAM EDWARD BOWMAN | 24-50597 KMS |
| CARISSA SUSAN BOWMAN | |
| 47 Ed Boyd Rd | SSN:  XXX-XX-3573 |
| Jayess, MS  39641 | |

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

AMERIPRO
attn: Payroll Dept
29 UPPER RIVERDALE RD #110
RIVERDALE, GA  30274

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS  39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net