United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-50597-KMS
William Edward Bowman  Chapter 13
Carissa Susan Bowman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Dec 19, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Edward Bowman, Carissa Susan Bowman, 47 Ed Boyd Rd, Jayess, MS 39641-7211 |
| | + | AMERIPRO, attn: Payroll Dept, 29 UPPER RIVERDALE RD #110, RIVERDALE, GA 30274-2616 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Beckett | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC abeckett@rlselaw.com, AB-ECF-Notifications@rubinlublin.com;lcaplan@rubinlublin.com;nbrown@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;akhosla@rlselaw.com |
| Charles F. F. Barbour | on behalf of Creditor Specialized Loan Servicing LLC cbarbour@blswlaw.com |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Dec 19, 2025 | Form ID: pdf012 | Total Noticed: 2 |

Elizabeth Crowell Price
    on behalf of Creditor Teachers Federal Credit Union c/o Shellpoint Mortgage Servicing Eprice@hwmlawfirm.com ecfmail@hwmlawfirm.com

John S. Simpson
    on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net  rboone@simpsonlawfirm.net

Natalie Kareda Brown
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Samuel J. Duncan
    on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
    on behalf of Debtor William Edward Bowman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Carissa Susan Bowman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 11

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 PROCEEDING: |
| WILLIAM EDWARD BOWMAN | 24-50597 KMS |
| CARISSA SUSAN BOWMAN | |
| 47 Ed Boyd Rd | SSN:  XXX-XX-3573 |
| Jayess, MS  39641 | |

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

>   AMERIPRO
>   attn: Payroll Dept
>   29 UPPER RIVERDALE RD #110
>   RIVERDALE, GA  30274

was required to pay debtor's earnings or a portion thereof to:

>   DAVID RAWLINGS, TRUSTEE
>   LOCK P.O. BOX 871
>   HATTIESBURG, MS  39403
>   (601) 582-5011

IS  VACATED  AND  THE  ABOVE  NAMED  EMPLOYER  WILL  HENCEFORTH  ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net