**Fill in this information to identify the case:**

Debtor 1 <u>William Edward Bowman</u>

Debtor 2 <u>Carissa Susan Bowman</u>
(Spouse, if filing)

United States Bankruptcy Court for the Southern District Of Mississippi
Gulfport-6 Divisional Office District

Case number <u>24-50597-KMS</u>

<u>**Official Form** 410S1</u>

## Notice of Mortgage Payment Change                                12/25

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** MEB Loan Trust VIII               **Court claim no.** (if known): 16

| **Last 4 digits** of any number you use to identify the debtor's account: 8780 | **Date of payment change:** 2/22/2026<br>Must be at least 21 days after date of this notice |
|---|---|
| | **New total payment $690.27**<br>Principal, interest, and escrow if any<br>*For HELOC payment amounts, see Part 3* |

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**
☒ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

| **Current escrow payment:** | **New escrow payment** |
|---|---|

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

| **Current interest rate:** % | **New interest rate:** % |
|---|---|
| **Current principal balance and interest payment:** | **New principal and interest payment:** |
| | |

| **Part 3:** | **Annual HELOC Notice** |
|---|---|

3. **Will there be a change in the debtor's home-equity line of credit (HELOC) payment for the year going forward?**
☐ No
☒ Yes.
　　　Current HELOC Payment **$690.27**

　　　Reconciliation Amount   +0.00  or

　　　　　　　　　　　- 0.00

| Debtor 1 | William Edward Bowman | Case number (if known) 24-50597-KMS |
|---|---|---|
| | First Name   Middle Name   Last Name | |

| |
|---|
|     **Amount of Next payment (Including reconciliation amount)**    $690.27 |
|     **Amount of the new payment thereafter(without reconciliation amount)**    $690.27 |

| **Part 4:** | **Other payment change** |
|---|---|

| |
|---|
| **4.  Will there be a change in the debtor's mortgage payment for a reason not listed above?** |
| ☒ No |
| ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.) |
| Reason for change: |
| **Current mortgage payment: $_____**       **New mortgage payment: $_____** |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and Print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Leslie Rushing          Date: 02/04/2026

Print: Leslie Rushing          Title: Secured Creditor's Authorized Agent

Company: Hill Wallack LLP

Address: 300 S. Orange Avenue, Suite 1000

Orlando, Florida 32801
City    State    Zip Code

Contact: 561-858-2661          Email: lrushing@hillwallack.com

Official Form 410S1          **Notice of Mortgage Payment Change**

4905-6049-2683, v. 2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of February 2026, a copy of the foregoing Notice of Payment Change was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

**VIA CM/ECF ELECTRONIC NOTICE**

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
**Debtor Attorney**

David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
**Trustee**

Samuel J. Duncan
P.O. Box 1951
Hattiesburg, MS 39403
**Attorney for Trustee**

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201
**U.S. Trustee**

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID**

William Edward Bowman
47 Ed Boyd Rd
Jayess, MS 39641
**Debtor**

Carissa Susan Bowman
47 Ed Boyd Rd
Jayess, MS 39641
**Joint Debtor**

By: :/s/ Christina Constanza
Hill Wallack LLP

Official Form 410S1        **Notice of Mortgage Payment Change**

4905-6049-2683, v. 2