OFFICE OF THE STANDING TRUSTEE
IN PROCEEDINGS UNDER CHAPTER 13 OF THE
UNITED STATES BANKRUPTCY CODE

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
TELEPHONE (601) 582-5011

DATE:  February 09, 2026

WILLIAM EDWARD BOWMAN
CARISSA SUSAN BOWMAN
47 Ed Boyd Rd
Jayess, MS  39641

Case No.  24-50597 KMS

RE:   NEW PLAN PAYMENT:  $4,050.00
      REASON:  ORDER TO SUSPEND PAYMENTS TO RESUME MARCH 2026

Dear Debtors:

   Your Chapter 13 Plan payment has been changed to the above stated sum.

   If you are paying direct, then your next monthly Plan payment after the date of this letter will have to be the above sum in order for your Plan payment to pay out within the time that you originally proposed. If you are on a Wage Order, a new Wage Order is being sent to your employer and the additional sum necessary to increase your Plan payment to the above sum will be withheld from your wages.

   A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTORS:

   THOMAS C. ROLLINS, JR
   P O Box 13767
   Jackson, MS  39236