**Fill in this information to identify the case:**

Debtor 1    William Edward Bowman

Debtor 2    Carissa Susan Bowman
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern District of Mississippi
                                                                                State

Case number    24-50597-KMS

Official Form 410S1

# Notice of Mortgage Payment Change                                                                                  12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.**  See Bankruptcy Rule 3002.1.

**Name of creditor:**    Lakeview Loan Servicing, LLC          **Court claim no.** (if known): **26**

**Last 4 digits** of any number you use to identify the debtor's account:    **9031**

**Date of payment change:**
Must be at least 21 days after date of this notice          **04/01/2026**

**New total payment:**
Principal, interest, and escrow, if any          **$ 846.56**
*For HELOC payment amounts, see Part 3*

## Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ **392.50**          **New escrow payment:** $ **523.46**

## Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**    _____%          **New interest rate:**    _____%
   **Current principal and interest payment:**    $ _____          **New principal and interest payment:**    $ _____

Debtor 1   William Edward Bowman                          Case number (if known) 24-50597-KMS
           First Name   Middle Name   Last Name

## Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No
☐ Yes.

| | | |
|---|---|---|
| Current HELOC payment: | $ _____ | |
| Reconciliation amount: | + $ _____ | or |
| | − $ _____ | |
| Amount of next payment (including reconciliation amount) | | $ _____ |
| Amount of the new payment thereafter (without reconciliation amount) | | $ _____ |

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: $ _____     New mortgage payment: $ _____

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Natalie Brown                          Date    03/03/26
Signature

Print:   Natalie Brown                       Title   Attorney for Creditor
         First Name   Middle Name   Last Name

Company   Rubin Lublin, LLC

Address   3145 Avalon Ridge Place, Suite 100
          Number          Street
          Peachtree Corners, GA 30071
          City                    State      ZIP Code

Contact phone  (877) 813-0992                Email   nbrown@rlselaw.com

**LOANCARE**

P.O. Box 8068 | Virginia Beach, VA 23450 |

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

**Statement Date:** 02/11/26

WILLIAM E BOWMAN
47 ED BOYD RD
JAYESS MS  39641-7211

| Annual Escrow Account Disclosure Statement | |
|---|---|
| Loan Number: | |
| Property Address: | 47 ED BOYD RD JAYESS MS 39641 |
| Review Period: | 02/2026 to 03/2026 |
| **Escrow Shortage:** | **$-1,565.45** |

| Prior Mortgage Payment | |
|---|---|
| Principal and/or Interest: | $323.10 |
| Escrow (Taxes and/or Insurance): | $392.50 |
| **Total Monthly Payment:** | **$715.60** |

| New Mortgage Payment | |
|---|---|
| Principal and/or Interest: | $323.10 |
| Escrow (Taxes and/or Insurance): | $393.01 |
| Prorated Shortage: | $130.45 |
| **Total New Monthly Payment** | **$846.56** |
| **Effective Due Date:** | **04/01/2026** |

### Contact Us

**Customer Service/Pay-by-Phone**
1-800-509-0183*
*Calls are randomly monitored and recorded to ensure quality service.*
**Hours**
Monday - Friday: 8 A.M. to 9 P.M. ET
Saturday:  8 A.M. to 3 P.M. ET

**Website:**
https://lakeviewloanservicing.myloancare.com

**Autodraft Customers:** If your mortgage payment amount has changed, we'll adjust your payment for you.

**Online Bill Payment Customers:** If your mortgage payment amount has changed, you will need to contact your financial services provider to adjust your payment.

### Account History

The following statement of activity in your escrow account from 02/2026 through 03/2026 displays actual activity as it occurred in your escrow account during that period. If your loan was transferred by another mortgage servicer, the prior projection information may not be included below.

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $2,893.24 | $-4,972.01 |
| February | Deposit | $324.73 | $6,509.96* E | $3,217.97 | $1,537.95 |
| March | Deposit | $324.73 | $392.50* E | $3,542.70 | $1,930.45 |
| | Total Deposits | $649.46 | $6,902.46 | | |
| | Total Disbursements | $0.00 | $0.00 | | |
| | Account Balance as of 03/31/2026 | | | | $1,930.45 |

An asterisk (*) appearing next to the amount indicates a difference from projected activity either in the amount or the date. The letter "E" next to an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur on the date shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $3,896.69. Your lowest monthly escrow balance should not have exceeded $649.45, which is either 1/6 (also equal to no more than two months) of the total projected payments from the account as required by federal law or the reasonable amount required by state law or the amount required by your mortgage contract. Your actual lowest monthly balance was $1,537.95. The items with an asterisk on your Account History may explain this. For further explanation, call our toll-free number shown under the Contact Us section on this statement.

*See reverse side for additional important information.*

WILLIAM E BOWMAN
47 ED BOYD RD
JAYESS MS  39641-7211

Loan Number

| Shortage Amount | New Monthly Payment Effective 04/01/2026 |
|---|---|
| $-1,565.45 | $846.56 |

Your shortage is $-1565.45 and will be spread over a 12-month period.

Internet Reprint

### Total Anticipated Annual Disbursement

We anticipate paying the escrow items listed below on your behalf in the upcoming 12-month period. The dollar amount shown may be the last amount paid for that item, or we may project the amount due as defined by federal law.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| County Tax Disbursement | $693.63 | December 2026 | Hazard Insurance Disbursement | $4,022.48 | April 2026 |

**Total Anticipated Annual Disbursement = $4,716.11**

### Account Projections

The following information covers your projected escrow account activity from 04/2026 to 03/2027. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The required Escrow Account Balance displays the amount actually required to be on hand as specified by federal law, state law, or your mortgage documents, and may include a cushion of up to one-sixth of your annual disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow analysis cycle.

| Month | Projected Payments | Disbursements | | Projected Escrow | Required Escrow |
|---|---|---|---|---|---|
| | Projected | Projected | Description | Account Balance | Account Balance |
| | | | *Beginning Balance* | **$1,930.45** | **$4,415.49** |
| April | $393.01 | $4,022.48 | Hazard Insurance Disbursement | $-1,699.02 | $786.02 |
| May | $393.01 | | Deposit | $-1,306.01 | $1,179.03 |
| June | $393.01 | | Deposit | $-913.00 | $1,572.04 |
| July | $393.01 | | Deposit | $-519.99 | $1,965.05 |
| August | $393.01 | | Deposit | $-126.98 | $2,358.06 |
| September | $393.01 | | Deposit | $266.03 | $2,751.07 |
| October | $393.01 | | Deposit | $659.04 | $3,144.08 |
| November | $393.01 | | Deposit | $1,052.05 | $3,537.09 |
| December | $393.01 | $693.63 | County Tax Disbursement | $751.43 | $3,236.47 |
| January | $393.01 | | Deposit | $1,144.44 | $3,629.48 |
| February | $393.01 | | Deposit | $1,537.45 | $4,022.49 |
| March | $393.01 | | Deposit | $1,930.46 | $4,415.50 |

Your Projected Escrow Account Balance as of 03/31/26 is $1,930.45. Your Required Beginning Escrow Balance according to this analysis should be $4,415.49. This means you have a shortage of $-1,565.45. Per federal law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. **We will collect the shortage over 12 months.** Once during this period, your Required Escrow Account Balance should be reduced to $786.02, as shown in April. This amount represents the cushion selected as allowed by your mortgage contract, federal and state law.

### Balance Your Escrow Account

Each year your account is reviewed to make sure there is enough money to pay your property taxes and/or insurance. Federal law allows us to require a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. Subject to state law limits, your minimum balance normally equals the amount of your escrow payments for about two months. The payments made to and from your escrow account last year help predict your account activity for next year. Last year's activity also helps predict what your lowest account balance is likely to be. To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to deposit additional funds or if we will provide a refund.

| | |
|---|---|
| $786.02 | Your minimum required balance |
| $-1,699.02 | Your projected lowest account balance for April |
| $-1,565.45 | Your escrow account surplus/shortage |

LoanCare is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you filed for bankruptcy, currently are in bankruptcy or received a discharge in bankruptcy, this communication is not an attempt to collect a debt, but is instead a legally required notice regarding your escrowed taxes and insurance.



3637 Sentara Way | Virginia Beach, VA 23452

## Understanding Your Escrow Changes

Over the past few years, we've worked to simplify our escrow statement. Now, understanding your escrow information is even easier. In this letter, we're breaking down your statement even further to explain the changes in your escrow account information.

 Read ahead to see your escrow payment breakdown and your projected disbursements

 Get answers to some of our most frequently asked questions about escrow accounts

 See how to view your escrow information online

### Your Payment Information

Your current total monthly mortgage payment is $715.60. Your total amount due will change by $130.96. Your new total monthly payment will be $846.56, effective 04/01/2026.

### Your Escrow Shortage

Your projected escrow account balance as of 03/31/26 is $1,930.45. Your required beginning escrow balance according to this analysis should be $4,415.49. This means you have a shortage of $1,565.45.

 A surplus or shortage in your escrow account commonly occurs when:

> The projected amount at closing increases or decreases
> Your property taxes increase or decrease
> Your homeowners insurance increases or decreases
> You change your homeowners insurance company
> We pay delinquent taxes on your behalf

If you have questions about an increase in your property taxes or insurance premiums, please contact your local taxing authority or insurance agent.

Your shortage of $1,565.45 will be divided into 12 installments of $130.45 and added to your monthly payment. Your new monthly payment will be $846.56, effective 04/01/2026.

If you choose to pay your shortage in full, please detach the stub at the bottom of your analysis statement, enclose it with your check and mail them to:

Attn: Customer Service
P.O. Box 8068
Virginia Beach, VA 23450

Please write your loan number on the Memo line of the check.

Once we receive your payment and apply it to your loan, your payment will be adjusted.

### FREQUENTLY ASKED QUESTIONS

**I thought I had a fixed rate. Why did my payment change?**

Your mortgage payment is made up of two parts: your loan payment (principal and interest) and your escrow payment (taxes and insurance). Your loan payment does not increase or decrease unless you have an adjustable rate mortgage (ARM). The portion of your monthly mortgage payment that goes toward escrows (taxes, homeowners and/or mortgage insurance) will change based on your projected amounts due to be paid.



Your Mortgage Payment

* Your escrow payment may consist of the items in the three categories shown in gray.

Please note: this chart is provided for demonstration purposes only and is not intended to represent the specific amount you have in each category.

**Why is there extra money in my escrow account?**

Your escrow account makes sure you have money set aside to pay the necessary taxes and insurance.

A certain amount of the funds in your escrow account are designated to help keep your account from going negative. We call that an escrow cushion.

Think of your cushion as overdraft protection for your escrow account. Your cushion is designed to help offset any small changes in your tax and/or insurance bills. This helps lessen the burden of an escrow shortage when your escrow analysis is completed. Cushions typically cannot be waived or removed.

Customer Service:
https://lakeviewloanservicing.myloancare.com
Monday - Friday: 8 A.M. to 9 P.M. ET Saturday: 8 A.M. to 3 P.M. ET
P.O. Box 8068 | Virginia Beach, VA 23450

Escrow    Page 3

Internet Reprint



3637 Sentara Way | Virginia Beach, VA 23452

Even if you choose to pay your shortage in full, the amount of your payment may still change. Your escrow collections over the next 12 months may be increased to ensure enough funds are collected to pay your future taxes and insurance.

Please review the Account Projections section of your Annual Escrow Account Disclosure Statement to confirm the disbursement amounts of the escrowed items. If you find errors in this information, please confirm the disbursement amounts with your local taxing authority or insurance carrier and contact us to report any discrepancies.

### Check Your Information Online

Visit https://lakeviewloanservicing.myloancare.com to:

> View your current escrow account balance
> View your payment information
> View your estimated tax disbursement amounts
> View your insurance premiums
> Enroll for email notifications when escrow disbursements are made

### If You Need Assistance

 Our representatives are ready to assist you should you need further information or have additional questions or concerns. Call ▓▓▓▓▓▓▓▓ Monday - Friday: 8 A.M. to 9 P.M. ET Saturday:  8 A.M. to 3 P.M. ET.

Sincerely,

Escrow Department
LoanCare, LLC
NMLS ID 2916

This summary is not a substitute for the Annual Escrow Account Disclosure Statement and it is important that you still review the enclosed Annual Escrow Account Disclosure Statement in its entirety.

**TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) AND/OR STATE DEBT COLLECTION LAWS ARE APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

### How can I lower my escrow?

You may seek additional insurance quotes while maintaining the required coverage. You may contact your taxing authorities and ensure that you have taken advantage of all applicable exemptions.  If you are able to reduce the cost of your insurance and/or are approved for an exemption, please make sure to provide us updated information.

### Can I prepay my escrow so that my payments don't change?

No.  You are required to pay 1/12th of each escrowed item monthly with your principal and interest payment.

# A GUIDE TO YOUR ANNUAL ESCROW STATEMENT

## Understanding Your Statement

Your business is important to us and so is your satisfaction. We know that understanding your Annual Escrow Account Disclosure Statement can be overwhelming. We have created this guide to help you.

Please take the time to review this thoroughly.



### ❶ Annual Escrow Account Disclosure Statement

The Annual Escrow Account Disclosure Statement section includes your loan number, the review period and the escrow surplus/shortage.

- Loan Number – Unique primary identifier that is specific to your loan.
- Review Period – Time frame for activity displayed in the statement.
- Escrow Surplus/Shortage – If your projected escrow account balance is greater than the required beginning escrow balance, you have a surplus. If your projected escrow account balance is less that the required beginning escrow balance, you have a shortage.

### ❷ Current Mortgage Payment

This section shows your current total monthly payment with a breakdown of principal and/or interest and escrow.

### ❸ New Mortgage Payment

This section displays your new payment amount and the date on which it is due. This includes principal and interest, escrow and additional amounts.

- Effective Due Date – Date on which your new payment is due.

### ❹ Account History

This section displays a breakdown of your account history for the review period that includes the following sections:

- Month – The month for which activity is displayed.
- Activity – A description of the projected and/or actual amount(s).
- Projected Amount: Deposit – 1/12 of the anticipated annual escrow disbursement as of the last analysis you received. This is what we expected you to pay into your escrow account each month.
- Projected Amount: Disbursement – The amounts we expected to disburse on your behalf to various tax and insurance entities.
- Actual Amount: Deposit – The actual amount we received from you and deposited into your escrow account.
- Actual Amount: Disbursement – The amounts we actually disbursed on your behalf to various tax and insurance entities.
- Projected Escrow Balance – The escrow balance we expected your account to show at the end of each month, based on the projected payments and projected disbursements.
- Actual Escrow Balance – The balance in your escrow account at the end of each month, based on the actual payments and disbursements that occurred during the period.

# A GUIDE TO YOUR ANNUAL ESCROW STATEMENT

**❺ Total Anticipated Annual Disbursement**

This section displays your tax and insurance disbursements. The total anticipated annual disbursement is the sum of all the tax and insurance payments.

**❻ Account Projections**

This section displays a breakdown of your account projections for the review period that includes:

- Month – The month for which activity is displayed.
- Projected Payments – 1/12 of the anticipated annual escrow disbursement as of the last analysis you received. This is what we expected you to pay into your escrow account each month.
- Disbursements – The amounts we expected to disburse on your behalf to various tax and insurance entities.
- Projected Escrow – The escrow balance we expected your account to show at the end of each month, based on the projected payments and projected disbursements.
- Required Escrow – The balance in your escrow account at the end of each month, based on the actual payments and disbursements that occurred during the period.

## Contact Us

If you have any questions, please call us or visit us online by referencing the information provided on your Annual Escrow Account Disclosure Statement.

Written notices of error or information requests should be sent to:

ATTN: The Office of the Customer
P.O. Box 8068
Virginia Beach, VA 23450

Business Hours
Monday – Friday, 8 A.M. to 9 P.M. ET
Saturday, 8 A.M. to 3 P.M. ET

## Loan Master Maint and Display (MAS1/USR3-PG5)

```
       LOAN                MSP LOAN MASTER MAINT. & DISPLAY       02/27/26   23:44:21
       NAME WE BOWMAN      TYPE 12 1ST MTG,VA RESIDENTIAL                    GROUP
   -- Expanded User Fields ---------------------------------------------------------
    PSA        4 POS    4 POS    ASSET    404 ID   QMATR    HUD ID   SMI POL SERIES   EVCLEGL
    PRIOR    FLD 1E   FLD 2E   DOCTYPE  NOTICE   UW TYPE            RATE    CODE     MISSED

    ORIG     5 POS    5 POS    5 POS    HELOC    ESTIMTD  LST STM FB EXP   HUD WO   2D LIEN
    INTRATE  FLD 5D   FLD 6D   FLD 7D   DRAWEXP  MODDATE  DATE    DATE     DUEDATE  MAT DTE

    SMI POL  SMI POL  PROPRTY  SOL EXP  TIME     PSA      PSA 1ST PSA SYS  PSA FNL  PSA FND
    BEGIN    END      REVIEW   DATE     LINE     APPRVED  PAYMENT CHANGE   ACCNTNG  RETURN

    7 POS    7 POS    HE REC   COMMIT   HOLDING  2NDHOLD  PSAMOPR MONTHLY  PSA
    FLD 3C   FLD 4C   CLS CST  DATE     COST     COST     AMOUNT  MOPRAMT  CUREBAL

    2 27011  2 27011    SMI              SMI              SMI             A                 B
    A AMT    B AMT    COMPANY          POLICY1          POLICY2     AMOUNT            AMOUNT




   -=SPOC=-                            PLS-CLIENT 109 LOAN
       BNKAPC:   BK AMENDED POC
   ACTIVE CH 13 BANKRUPTCY              REPAY PLAN
```

<u>CERTIFICATE OF SERVICE</u>

      I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

William Edward Bowman
47 Ed Boyd Rd
Jayess, MS 39641

Carissa Susan Bowman
47 Ed Boyd Rd
Jayess, MS 39641

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings, Trustee
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201


Executed on <u>03/03/26</u>

By: <u>/s/ Natalie Brown</u>
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor