MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re: William Edward Bowman
Carissa Susan Bowman
*Debtor(s)*

Case No.: 24-50597-KMS

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Lakeview Loan Servicing, LLC , a
[Name of Corporate Party]

**[Check One]**

- [x] Party to a contested matter **Miss. Bankr. L.R. 9014-1 (c)**
- [ ] Corporate Debtor **FRBP 1007(a)(1)**
- [ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- [ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- [x] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

Lakeview Loan Servicing, LLC ("Lakeview or the "Company") was formed under the laws of the State of Delaware on November 22, 2010. Lakeview's sole member is Bayview MSR Opportunity Corp. ("Bayview MSR"). Bayview MSR is wholly owned by Bayview MSR Opportunity Master Fund, L.P ("Bayview Master Fund"), which it's majority owner is Bayview MSR Opportunity Offshore, L.P. As such, no person indirectly holds a 10% or greater interest in Lakeview and no entity indirectly owning a 25% or greater interest in Lakeview. The power to exercise control of Lakeview resides with the General Partner of Bayview Master Fund, Bayview Capital GP MSR, LLC, which is a 100 percent owned and controlled subsidiary of Bayview Asset Management, LLC.

**OR**

- [ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 10/05/26

/s/ Natalie Brown
Attorney Signature

Natalie Brown
Attorney Name

100802
State Bar Number

3145 Avalon Ridge Place, Suite 100
Address
Peachtree Corners, GA 30071
City, State, and Zip Code

(877) 813-0992
Telephone Number

nbrown@rlselaw.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited**

**partnerships, joint ventures, and limited liability companies.**