**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO: 24-50597-KMS** |
| | : | **CHAPTER: 13** |
| | : | |
| **WILLIAM EDWARD BOWMAN** | : | |
| **CARISSA SUSAN BOWMAN** | : | |
| **Debtors** | : | |
| **LAKEVIEW LOAN SERVICING, LLC,** | : | |
| **Movant,** | : | |
| | : | **CONTESTED MATTER** |
| **vs.** | : | |
| | : | |
| **WILLIAM EDWARD BOWMAN** | : | |
| **CARISSA SUSAN BOWMAN** | : | |
| **DAVID RAWLINGS, Trustee** | : | |
| **Respondents** | : | |

**MOTION TO APPROVE LOAN MODIFICATION**

COMES NOW, Lakeview Loan Servicing, LLC, its successors or assigns, a secured creditor of the above-named Debtors, and moves this Court to approve a Loan Modification negotiated by the parties and respectfully shows the Court as follows:

1.

Movant and Debtors have agreed upon a loan modification (hereinafter the “Agreement”) modifying Loan XXXXXX9031 which is secured by property now or formerly known as 47 Ed Boyd Rd, Jayess, MS 39641. A copy of the Agreement is attached hereto as Exhibit “A”.

2.

Pre-Modification Loan Information:

- UPB: $71,309.88
- Interest Rate: 6.750%
- Maturity Date: January 1, 2066
- Total Monthly Payment Amount: $846.56

    - Monthly Payment P&I: $323.10
    - Monthly Payment Escrow: $523.46

Post Modification Loan Information:

- UPB: $71,251.16
- Interest Rate: 7.125%
- Maturity Date: August 1, 2066
- Total Monthly Payment Amount: $842.27
    - Monthly Payment P&I: $449.26
    - Monthly Payment Escrow: $393.01

Movant believes the Agreement is in the best interest of all concerned parties.

WHEREFORE MOVANT PRAYS:

(a) That the Court enter an Order approving the loan modification which has been agreed upon by the parties; and

(b) For such other and further relief as this Court deems just and proper.

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Filing Motion to Approve Loan Modification and Motion to Approve Loan Modification to be filed in this proceeding by electronic means and to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

William Edward Bowman
47 Ed Boyd Rd
Jayess, MS 39641

Carissa Susan Bowman
47 Ed Boyd Rd
Jayess, MS 39641

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings, Trustee
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Dated: **10/05/2026**

By: /s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor