**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO: 24-50597-KMS** |
| | : | **CHAPTER: 13** |
| | : | |
| **WILLIAM EDWARD BOWMAN** | : | |
| **CARISSA SUSAN BOWMAN** | : | |
| **Debtors** | : | |
| **LAKEVIEW LOAN SERVICING, LLC,** | : | |
| **Movant,** | : | |
| | : | **CONTESTED MATTER** |
| **vs.** | : | |
| | : | |
| **WILLIAM EDWARD BOWMAN** | : | |
| **CARISSA SUSAN BOWMAN** | : | |
| **DAVID RAWLINGS, Trustee** | : | |
| **Respondents.** | : | |

IN THE MATTER OF: **WILLIAM EDWARD BOWMAN, CARISSA SUSAN BOWMAN**

CASE NO. 24-50597-KMS

TO: Creditors, U.S. Trustee, Chapter 13 Trustee
(see attached matrix)

**NOTICE OF FILING MOTION TO APPROVE LOAN MODIFICATION**

You are hereby notified that the above-named Movant has filed with the bankruptcy court a Motion to Approve Loan Modification (Motion). You are further notified that any objections to this proposed Motion should be filed by written pleading with the Court with a copy to the Case Trustee and U. S. Trustee within twenty-one (21) days of the mailing of this Notice. If no objection is timely filed, the Court may approve the Motion as filed.

**Date:** 10/05/26

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Filing Motion to Approve Loan Modification to be served by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

William Edward Bowman
47 Ed Boyd Rd
Jayess, MS 39641

Carissa Susan Bowman
47 Ed Boyd Rd
Jayess, MS 39641

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201
AmeriCredit Financial Services, Inc. dba GM
PO Box 183853
Arlington, TX 76096

MEB Loan Trust VIII C/o
NewRez LLC d/b/a She
14841 Dallas Parkway,
Suite 350
Dallas, TX 75254 United States

NewRez LLC
d/b/a Shellpoint Mortgage Servici,
Janet M. Spears
Aldridge Pite, LLP
3333 Camino del Rio South
Suite 225
San Diego, CA 92108

Synchrony Bank by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Teachers Federal Credit Union
14841 Dallas Parkway
Suite 350
Dallas, TX 75254 United States"

Teachers Federal Credit Union
c/o Newrez LLC dba Shellpoint Mortgage,
6200 S. Quebec Street,
Suite 300
Greenwood Village, CO 80111

AAA Ambulance
207 S 28th Ave
Hattiesburg, MS 39402

ARC Management Group
1940 Lodge Rd NW
Ste 200
Kennesaw, GA 30144

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12,
San Francisco, CA 94108

AmeriCredit Financial Services
Inc. dba GM
P O Box 183853
Arlington, TX 76096

Armstrong & Associates
208 Adams St
Mobile, AL 36603

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One, N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

CashNet USA
175 W Jackson Blvd
Suite 600
Chicago, IL 60604

Celtic Bank Co
P.O. Box 4488
Beaverton, OR 97076

Chase Card Services,
Attn: Bankruptcy,
P.O. 15298
Wilmington, DE 19850

Children's Hospital
200 Henry Clay Ave
New Orleans, LA 70118

Citibank,
Po Box 790040
St Louis, MO 63179

Citibank N.A.
5800 S Corporate Pl,
Sioux Falls, SD 57108-5027

Comenity Bank/Torrid
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Zales
Attn: Bankruptcy,
Po Box 182125
Columbus, OH 43218

Comenity Bk/Ulta
Attn: Bankruptcy Dept,
Po Box 182125,
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy
6801 Cimarron Rd
Las Vegas, NV 89113

Elizabeth Crowell Price, Esq.
For Teachers Federal Credit Union
Dean Morris LLC,
1820 Avenue of American
Monroe, LA 71201

Ferguson Federal Credit Union
1026 E Broad St,
Monticello, MS 39654

First Heritage Credit
1024 Highway 51 & 98,
Mc Comb, MS 39648

First Heritage of Mississippi, LLC
c/o Heigh
PO BOX 1947
GREENVILLE, SC 29602

Forrest General
PO Box 16389
Hattiesburg, MS 39404

Forrest Health
P.O. Box 3488
Dept 05.112
Tupelo, MS 38803-3488

Frost-Arnett Co
P.O. Box 1280
Oaks, PA 19456

GM Financial
Attn: Bankruptcy,
PO Box 183853
Arlington, TX 76096

Hattiesburg Clinic
415 South 28th Ave
Hattiesburg, MS 39401

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

John S. Simpson, Esq.
Simpson Law Firm PA
Attorney for Ferguson Federal Credit Uni,
P.O. Box 2058
Madison, MS 39130-2058

Keyston Medical Service
PO Box 281030
Atlanta, GA 30384

LVNV Funding, LLC
Resurgent Capital Services,
PO Box 10587
Greenville, SC 29603-0587

Marion General
PO Box 1728
Jackson, MS 39215

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

Mississippi Department of Revenue
Bankruptcy Section,
Post Office Box 22808
Jackson, MS 39225-2808

Navy FCU
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

Navy FCU
Attn: Bankruptcy,
Po Box 3000
Merrifield, VA 22119

Navy Federal Credit Union,
P.O. Box 3000
Merrifield, VA 22119

NewRez LLC d/b/a Shellpoint Mortgage Servicing,
P.O. Box 10826
Greenville, South Carolina 29603-0826

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Quantum3 Group LLC
as agent for CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC
as agent for Comenity Capital Bank,
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC
as agent for MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

Sezzle
251 N 1st Ave
Minneapolis, MN 55401

KMS
Specialized Loan Servi
PO Box 636005
Littleton, CO 80163-6005

Speedy Cash
3611 N. Ridge Rd
Wichita, KS 67205

Speedy/Rapid Cash
15 Bull Street Suite 200
Savannah, GA 31401

Spotloan
P.O. Box 927
Palatine, IL 60078

Statcare
1017 Delaware Ave
McComb, MS 39648

Synchrony
Attn: Bankruptcy
PO Box 955060
Orlando, FL 32896-5060

Synchrony Bank
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Teachers Federal Credit Union
Newrez LLC dba Shellpoint Mortgage Servi,(fka Specialized Loan Servicing LLC)
6200 S. Quebec Street
Suite 300
Greenwood Village, Colorado 80111

Teachers Federal Credit Union
c/o Newrez LLC dba Shellpoint Mortgage
6200 S. Quebec Street
Suite 300
Greenwood Village, Colorado 8011

Teachers Federal Credit Union
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

Toyota Financial
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001

USAA
Attn: Bankruptcy
9800 Fredricksburg Rd
San Antonio, TX 78288

Executed on: 10/05/2026

By: /s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor