**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO: 24-50597-KMS** |
| | **CHAPTER: 13** |
| **WILLIAM EDWARD BOWMAN**<br>**CARISSA SUSAN BOWMAN**<br>**Debtors** | |
| **LAKEVIEW LOAN SERVICING, LLC,**<br>**Movant,** | **CONTESTED MATTER** |
| **vs.** | |
| **WILLIAM EDWARD BOWMAN**<br>**CARISSA SUSAN BOWMAN**<br>**DAVID RAWLINGS, Trustee**<br>**Respondents** | |

## ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION

Lakeview Loan Servicing, LLC, for itself, its successors and assigns (the "Movant"), filed a Motion to Approve Loan Modification (the "Motion") (Dkt No. 124). Debtors negotiated a Loan Modification Agreement (a copy of which was attached as Exhibit "A" to the Motion) with respect to Debtors' property, now or formerly known as 47 Ed Boyd Rd, Jayess, MS 39641. The terms of the Agreement are detailed herein:

Pre-Modification Loan Information:

- UPB: $71,309.88

- Interest Rate: 6.750%
- Maturity Date: January 1, 2066
- Total Monthly Payment Amount: $846.56
    - Monthly Payment P&I: $323.10
    - Monthly Payment Escrow: $523.46

Post Modification Loan Information:

- UPB: $71,251.16
- Interest Rate: 7.125%
- Maturity Date: August 1, 2066
- Total Monthly Payment Amount: $842.27
    - Monthly Payment P&I: $449.26
    - Monthly Payment Escrow: $393.01

The parties agree that the Agreement is in the best interest of all concerned parties.

Accordingly, it is hereby

**ORDERED** that the Motion is ***granted***: Debtor and Movant may consummate the Loan Modification Agreement; provided, however, that Movant shall then amend its arrearage Proof of Claim to reflect only the arrearages disbursed by the Trustee and credited to the loan prior to contemplation of the modification.

**[END OF ORDER]**

Prepared and Consented to by:

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor

DISTRIBUTION LIST

William Edward Bowman
47 Ed Boyd Rd
Jayess, MS 39641

Carissa Susan Bowman
47 Ed Boyd Rd
Jayess, MS 39641

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Natalie Brown, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071