United States Bankruptcy Court
Southern District of Mississippi

In re:
William Edward Bowman
Carissa Susan Bowman
Debtors

Case No. 24-50597-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Nov 02, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/jdb | + | William Edward Bowman, Carissa Susan Bowman, 47 Ed Boyd Rd, Jayess, MS 39641-7211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Amanda Beckett | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC abeckett@rlselaw.com, AB-ECF-Notifications@rubinlublin.com;lcaplan@rubinlublin.com;nbrown@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;akhosla@rlselaw.com;cperry@rlselaw.com |
| Charles F. F. Barbour | on behalf of Creditor Specialized Loan Servicing LLC cbarbour@blswlaw.com |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Elizabeth Crowell Price | on behalf of Creditor Teachers Federal Credit Union c/o Shellpoint Mortgage Servicing Eprice@hwmlawfirm.com |

| | |
|---|---|
| | ecfmail@hwmlawfirm.com |
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Natalie Kareda Brown | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor William Edward Bowman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Carissa Susan Bowman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 11

**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: November 2, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO: 24-50597-KMS** |
| | : | |
| | : | **CHAPTER: 13** |
| | : | |
| **WILLIAM EDWARD BOWMAN** | : | |
| **CARISSA SUSAN BOWMAN** | : | |
| **Debtors** | : | |
| **LAKEVIEW LOAN SERVICING, LLC,** | : | |
| **Movant,** | : | |
| | : | **CONTESTED MATTER** |
| **vs.** | : | |
| | : | |
| **WILLIAM EDWARD BOWMAN** | : | |
| **CARISSA SUSAN BOWMAN** | : | |
| **DAVID RAWLINGS, Trustee** | : | |
| **Respondents** | : | |

## ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION

Lakeview Loan Servicing, LLC, for itself, its successors and assigns (the "Movant"), filed a Motion to Approve Loan Modification (the "Motion") (Dkt No. 124). Debtors negotiated a Loan Modification Agreement (a copy of which was attached as Exhibit "A" to the Motion) with respect to Debtors' property, now or formerly known as 47 Ed Boyd Rd, Jayess, MS 39641. The terms of the Agreement are detailed herein:

Pre-Modification Loan Information:

- UPB: $71,309.88

- Interest Rate: 6.750%
- Maturity Date: January 1, 2066
- Total Monthly Payment Amount: $846.56
    - Monthly Payment P&I: $323.10
    - Monthly Payment Escrow: $523.46

Post Modification Loan Information:

- UPB: $71,251.16
- Interest Rate: 7.125%
- Maturity Date: August 1, 2066
- Total Monthly Payment Amount: $842.27
    - Monthly Payment P&I: $449.26
    - Monthly Payment Escrow: $393.01

The parties agree that the Agreement is in the best interest of all concerned parties.

Accordingly, it is hereby

**ORDERED** that the Motion is ***granted***: Debtor and Movant may consummate the Loan Modification Agreement; provided, however, that Movant shall then amend its arrearage Proof of Claim to reflect only the arrearages disbursed by the Trustee and credited to the loan prior to contemplation of the modification.

**[END OF ORDER]**

Prepared and Consented to by:

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor

DISTRIBUTION LIST

William Edward Bowman
47 Ed Boyd Rd
Jayess, MS 39641

Carissa Susan Bowman
47 Ed Boyd Rd
Jayess, MS 39641

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Natalie Brown, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, GA 30071