B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

In re WILLIAM EDWARD BOWMAN and CARISSA SUSAN BOWMAN, Case No. 6-24-BK-50597

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

JEFFERSON CAPITAL SYSTEMS LLC
Name of Transferee

Name and Address where notices to transferee should be sent: JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302

Phone: (800) 928-7314
Last Four Digits of Acct #: 4771

Name and Address where transferee payments should be sent (if different from above):
JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 772813
CHICAGO, IL 60677

Phone: (800) 928-7314
Last Four Digits of Acct #: 4771

NAVY FEDERAL CREDIT UNION
Name of Transferor

Court Claim # (if known): 7
Amount of Claim: 14,635.30
Date Claim Filed: 5/13/2024

Phone: (800) 336-3767
Last Four Digits of Acct. #: 4771

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kristen Will
Transferee/Transferee's Agent
(800) 928-7314
Bankruptcy@JCAP.com

Date: 11/19/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT K**
**WAIVER OF NOTICE OF TRANSFER OF CLAIM**

Navy Federal Credit Union ("Transferor") has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company organized under the laws Georgia maintaining a place of business at 200 14th Ave E, Sartell, MN 56377. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of claim with respect to the Accounts may have been filed under the following name:

Navy Federal Credit Union
NFCU
NAVY FCU
Navy Federal Credit Union***
Navy Federal Cu
Navy Federal
NAVY FCU PO BOX 3000
Navy Federal Cr Union
Navy Federal Credit Union Visa
Navy Federal GO Rewards MC
Navy Federal Credit Union (Charter#5536)
Navy Federal Credit Union*
Navy Federal Credit
NAVY FEDEAL CREDIT UNION
Navy Federal Credit Unionl
NAVY FEDRAL CREDIT UNION
Navy Federal Credit Union*****
Navy Credit Union
Navy Federal Credit Union
Navy Federal Credit Union-echecking
Navy Federal Credit Un
NAVY FEDERAL CREDI UNION

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of or object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this day of Sept. 23, 2026.

Navy Federal Credit Union,
Transferor

By: ______________________
Name: Anne Stilwell
Title: SVP Procurement & Vendor Management